
AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

WILLIE Q. CHISUM,

    Plaintiff,

v.

DEPUTY WARDEN SHEENA BLACK; ADAMS; and ASSISTANT WARDEN PINERIO,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 618-099

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated November 15, 2019 adopting the Magistrate Judge's Report and Recommendations as the Court's opinion, that Plaintiff's Complaint is dismissed without prejudice for failure to follow this Court's Orders and failure to prosecute; furthermore, Plaintiff is denied in forma pauperis status on appeal. This case stands closed.

11/15/2019
*Date*

Scott L. Poff
*Clerk*

/s/ Jamie Hodge
*(By) Deputy Clerk*

GAS Rev 10/1/03